■ VERIZON NEW YORK, INC., Appellant, v LaBARGE BROTHERS CO., INC., Respondents. (Appeal No. 4.) [916 NYS2d 552]— Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered March 4, 2010. The order denied plaintiff's motion for leave to renew and reargue.

It is hereby ordered that said appeal from the order insofar as it denied those parts of plaintiff's motion for leave to reargue its opposition to defendants' motion for summary judgment dismissing the complaint and for leave to reargue its cross motion is unanimously dismissed and the order is otherwise affirmed without costs (*see Verizon N.Y., Inc. v LaBarge Bros. Co., Inc.*, 81 AD3d 1294 [2011]). Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ ASD SPECIALTY HEALTHCARE, INC., Doing Business as ONCOLOGY SUPPLY COMPANY, Derivatively on Behalf of SYRACUSE HEMATOLOGY/ONCOLOGY, P.C., Respondent, v J. ROBERT SMITH, Defendant, and BENJAMIN S. HIMPLER et al., Appellants. [916 NYS2d 552]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered February 22, 2010. The order granted plaintiff's motion for leave to reargue and upon reargument reinstated plaintiff's complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on January 11, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Sconiers and Martoche, JJ.